Prob 12C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION FOR WARRANT OR SUMMONS FOR**
**OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **Offender Name:** | Bobby Lee CORPOS |
| **Docket Number:** | 2:93CR00493-02 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/21/1994 |
| **Original Offense:** | 21 USC 846, 841(a)(1) - Conspiracy With Intent to Distribute and to Distribute Methamphetamine (Count I) (CLASS A FELONY)<br><br>18 USC 924 (c)(1) - Use of a Firearm (Count 4) (CLASS D FELONY) |
| **Original Sentence:** | 67 months Bureau of Prisons at to Count I and 60 months Bureau of Prisons as to Count 4, to be served consecutively; 60 months supervised release; $100 special assessment |
| **Special Conditions:** | Warrantless search; Financial disclosure; Correctional treatment, which may include testing; Not possess or have access to any paging device, unless approved by probation officer. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 01/28/2003 (original date)<br>02/03/2005 (reimposed date) |

**RE:    Bobby Lee CORPOS**
**Docket Number:  2:93CR00493-02**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

| | | | |
|---|---|---|---|
| **Assistant U.S. Attorney:** | Jodi B. Rafkin | **Telephone:** | (916) 554-2700 |
| **Defense Attorney:** | Jan Karowsky | **Telephone:** | (916) 447-1134 |

**Other Court Action:**

**04/02/2003**:   The defendant was continued on supervision following his admittance for illicit drug use (marijuana).

**06/09/2004:**   After the defendant admitted charges of a new law violation and failure to follow the directives of the probation officer, alleged in the violation Petition filed on October 16, 2003, his term of supervised release was revoked and he was sentenced to 10 months Bureau of Prisons and 50 months supervised release.

---

### PETITIONING THE COURT

**( X )   OTHER:**  To order the defendant to appear before the Honorable William B. Shubb on February 2, 2006, at 2:00 p.m.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**       **Nature of Violation**

**Charge 1:**           **ILLICIT DRUG USE**

On December 11, 2005, and December 29, 2005, the defendant submitted urine samples that returned positive for marijuana.

**RE:   Bobby Lee CORPOS**
**Docket Number:  2:93CR00493-02**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

The above is in violation of the Standard Condition of supervision that the defendant refrain from any unlawful use of a controlled substance.

**Justification:** The defendant has tested positive for marijuana on two separate occasions. However, it should be noted that on January 12, 2006, the defendant submitted another sample that returned positive for marijuana.  The defendant is not being charged with this third positive test result in that the chain of custody form was not completed properly.

It is felt the Court's intervention is warranted at this time.  Therefore, we are recommending that the defendant be ordered to appear in court on February 2, 2006, to answer the above allegations.

**Bail/Detention:** The defendant is not considered a flight risk at this time.  His current whereabouts are known and it is anticipated that he will appear in court as ordered.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   January 23, 2006
Sacramento, California
KMM:jz

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA**
**United States Probation Officer**
Telephone:  (916) 930-4305

**REVIEWED BY**:   /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

3

**RE:   Bobby Lee CORPOS**
**Docket Number:  2:93CR00493-02**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( x )   Other:   To order the defendant to appear before the Honorable William B. Shubb on February 2, 2006, at 2:00 p.m.

Date:   January 25, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:   United States Probation
      Jodi Rafkin, Assistant United States Attorney
      Jan Karowsky, Defense Counsel


Attachment:  Presentence Report   (Sacramento only)

**STATEMENT OF EVIDENCE OF ALLEGED
SUPERVISED RELEASE VIOLATIONS**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              RE:    Bobby Lee CORPOS
                                    Docket Number:   2:93CR00493-02

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:    ILLICIT DRUG USE**

        **A.**    **Evidence:**

                (1)    Scientific Testing Laboratories, Inc. Reports C00334943 and A00259480.

        **B.**    **Witnesses:**

                (1)    Scientific Testing Laboratories, Inc. personnel will testify regarding the collection and analysis of the above specimens.

**RE:**   **Bobby Lee CORPOS**
　　　　**Docket Number:  2:93CR00493-02**
　　　　**STATEMENT OF EVIDENCE**

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/   Kris M. Miura

　　　　　　　　　　　　　　**KRIS M. MIURA**
　　　　　　　　　　　　　　**United States Probation Officer**

**DATED:**　　January 23, 2006
　　　　　　　Sacramento, California
　　　　　　　KMM:jz


**REVIEWED BY**:　　/s/   Kyriacos M. Simonidis
　　　　　　**KYRIACOS M. SIMONIDIS**
　　　　　　**Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**  Bobby Lee CORPOS          **Docket Number:**  2:93CR00493-02

**Date of original offense:**  11/09/1993

**Original term of supervised release imposed:**  5 **years.**

**Highest grade of violation alleged:**          C

**Criminal History Category of offender:**       II

**Chapter 7 range of imprisonment:**  4 **to** 10 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

| | |
|---|---|
| _X_ | **Class A felony - 5 years (or stat max of __ years if longer).** |
| __ | **Class B felony - 3 years** |
| __ | **Class C and/or D felony - 2 years** |
| __ | **Class E felony and misdemeanors:  1 year** |

**Violation requires mandatory revocation:  YES:** __ **NO:** _X_ .

**Original offense committed before 09/13/94:**  Court may sentence up to the original term of supervised release, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Court must state on the record the reasons for sentences which exceed Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the re-imposition is limited to the term of supervised release originally imposed, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed before 09/13/94:**  Title 18 USC 3583 instructs that supervision be revoked upon a finding of possession of a controlled substance.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."  A possession finding requires the imposition of a sentence not less than one-third of the term of supervised release.

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

January 23, 2006
KMM:jz