UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                              RE:    Bobby Lee CORPOS
                                       Docket Number:   2:93CR00493
                                       **REQUEST TO RECALL WARRANT AND**
                                       **DISMISS VIOLATION PETITION**

Your Honor:

On August 24, 2006, the Court found probable cause and ordered the issuance of a warrant based on a violation petition alleging a new law violation.  According to the Sacramento Police Report Number 06-297716, the defendant was arrested for Spousal Abuse, Sodomy, and Felon in Possession of a Firearm.  The case was referred to the Sacramento County District Attorney's Office and charges were filed.  During their investigation, the victim recanted her statements regarding the sodomy charge and later claimed both handguns found in the residence belonged to her.  The defendant never reported living at this residence and his fingerprints were not found on any of the weapons.  Consequently, the Sacramento District Attorney's Office decided to request that the case be dismissed due to insufficient evidence.  The defendant is scheduled to return to court on January 24, 2007, and it is anticipated the matter will be dismissed.

Therefore, we are requesting that the warrant be recalled and the violation petition filed on August 24, 2006, be dismissed.  The United States Attorney's Office has been contacted and they concur with our recommendation.

                                       Respectfully submitted,

                                       /s/   Kris M. Miura

                                       **KRIS M. MIURA**
                                       **United States Probation Officer**

Dated:        January 22, 2007
                 Sacramento, California
                 KMM:jz

**RE:** **Bobby Lee CORPOS**
    **Docket Number:   2:93CR00493-02**
    **REQUEST TO RECALL WARRANT AND DISMISS VIOLATION PETITION**


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                **KYRIACOS M. SIMONIDIS**
                **Supervising United States Probation Officer**


cc:    Michael Beckwith
    Assistant United States Attorney

    Jan Karowski
    Defense Counsel

---

**ORDER OF THE COURT:**

The foregoing request of the Probation Officer is hereby GRANTED, the warrant issued on August 24, 2006, is hereby RECALLED, and the violation petition filed on August 24, 2006, is hereby DISMISSED.

**Date: January 23, 2007**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE